JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONETTE R.G.,

              Plaintiff,

         v.

ANDREW SAUL, Commissioner
of Social Security Administration,

              Defendant.

Case No. 8:19-cv-00051-JC

JUDGMENT

       IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED: August 15, 2019

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE